

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK MOSES,

    Plaintiff,

v.

INNOPRISE SOFTWARE, et al.,

    Defendants.

No. C-12-05274 EDL / CV 13 3390

**ORDER SEVERING DEFENDANTS HARWARD INVESTMENTS AND INNOPRISE SOFTWARE**

Pursuant to the parties' stipulation at the July 1, 2013 Case Management Conference, Defendants Harward Investments and Innoprise Software are severed from this case. The clerk's office is instructed to open a new case entitled <u>Mark Moses v. Harward Investments and Innoprise Software</u>. The filing fee for the new case is waived. The clerk's office shall copy the docket from the above-captioned case into the new case. The new case shall be related to the above-captioned case.

**IT IS SO ORDERED.**

Dated: July 15, 2013

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge