IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MOSES, | No. C -13-03390(EDL) |
| Plaintiff, | **ORDER RE: DEFAULT JUDGMENT OR DISMISSAL** |
| v. | |
| HARWARD INVESTMENTS AND INNOPRISE SOFTWARE, | |
| Defendants. | |

This case was initiated on July 18, 2013, when the Court severed Defendants Harward Investments and Innoprise Software from the related case of Moses v. Harward, Case No. 12-5271 (N.D. Cal.) (the "lead case"). At the summary judgment hearing in the lead case, Plaintiff's counsel stated that once the lead case was resolved, he would move for default judgment in this case against Harward Investments and Innoprise Software. The Court granted summary judgment in the defendants' favor in the lead case on May 27, 2014. Accordingly, the Court orders Plaintiff either to move for default judgment against Harward Investments and Innoprise Software or to dismiss them by June 26, 2014.

**IT IS SO ORDERED.**

Dated: June 5, 2014

ELIZABETH D. LAPORTE
United States Magistrate Judge